**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:22-cv-20618-GAYLES/MCALILEY

**JORGE A. ESPINOSA**,

    Plaintiff,

v.

**AMERICAN SECURITY INSURANCE COMPANY**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** comes before the Court upon Magistrate Judge Chris M. McAliley's Report and Recommendation of Dismissal (the "Report") [ECF No. 15]. On March 31, 2022, United States District Judge Kathleen M. Williams referred this case to Judge McAliley, pursuant to 28 U.S.C. § 636, for a ruling on all discovery disputes and non-dispositive pretrial motions. [ECF No. 3]. On July 5, 2022, Judge McAliley issued her Report recommending that the Court dismiss this action without prejudice. Plaintiff timely filed objections. [ECF No. 16].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge McAliley's well-reasoned analysis and conclusion that this action should be dismissed without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Chris M. McAliley's Report and Recommendation of Dismissal, [ECF No. 15], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. This case is **DISMISSED without prejudice** and **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of July, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE